**Reinstated and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 19, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00200-CV

### IN RE JASON D. WHITNEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-02726**

## MEMORANDUM OPINION

On March 10, 2014, relator Jason D. Whitney filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Denise Pratt, presiding judge of the 311th District Court of Harris County, to set aside her January 24, 2014 order denying relator's motion to enter an agreed final decree of divorce, and sign an agreed final decree of divorce pursuant to the mediated settlement agreement. Subsequently, Judge Pratt resigned as presiding judge of the 311th District Court.

On April 29, 2014, the Honorable T.O. Stansbury, visiting judge of the 311th District Court, signed the agreed final decree. Relator's request for relief is now moot.

Accordingly, we order relator's petition for writ of mandamus dismissed.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.